# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INELL FOYE, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:14-CV-2478 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| WEXFORD HEALTH SOURCES, | : | |
| INC., ET AL., | : | |
|     Defendants | : | |

## ORDER

**AND NOW, THIS 30TH DAY OF MARCH, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants Mooney, Martino, Yackiel, and Varner's motion to dismiss, (Doc. 27), is **GRANTED** as to Plaintiff's 42 U.S.C. § 1983 claims.

2. Plaintiff's 42 U.S.C. § 1983 claims against Defendants Mooney, Martino, Yackiel, and Verner are **DISMISSED** with prejudice.

3. Defendants Davis, Hale, and Wexford Health Sources, Inc.'s ("Wexford Health") motion for summary judgment, (Doc. 30), is **GRANTED** as to Plaintiff's 42 U.S.C. § 1983 claims. Judgment is hereby entered as to Plaintiff's 42 U.S.C. § 1983 claims in favor of Defendants Davis, Hale, and Wexford Health and against Plaintiff.

4. Plaintiff's 42 U.S.C. § 1983 claims against Defendants Patrick Cumminsky, SCI-Coal Township and the Pennsylvania Department of Corrections is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A.

5. Plaintiff's pendent state claims are **DISMISSED** pursuant to 28 U.S.C. § 1367(c)(3).

6.     The Clerk of Court is directed to **CLOSE** this case.

7.     Any appeal taken from this Order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ William J. Nealon
**United States District Judge**